ROBERT O. KURTH, JR.
Nevada Bar No. 4659
**KURTH LAW OFFICE**
3420 N. Buffalo Drive
Las Vegas, NV 89129
Tel: (702) 438-5810
Fax: (702) 459-1585
Email: Robert.kurthlawoffice@gmail.com
Attorney for Defendant, Melody Carter

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| J. W., a minor by and through his parents, Joshua and Britten Wahrer,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT; PAT SKORKOWSKY, individually and in his official capacity as former Superintendent of Clark County School District; MELODY CARTER, individually and in her capacity as Plaintiff's former teacher of record; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00965-RFB-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION AS TO LIABILITY AGAINST DEFENDANT MELODY CARTER [ECF 77] (First Request)** |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY ADJUDICATION AS TO LIABILITY AGAINST DEFENDANT MELODY CARTER [ECF 77]**
**(First Request)**

COMES NOW the Defendant, MELODY CARTER ("CARTER"), by and through her counsel, and the Plaintiff, J.W., a minor by and through his natural parents, JOSHUA and BRITTEN

KURTH LAW OFFICE
3420 N. Buffalo Drive
Las Vegas, NV 89129
(702) 438-5810

WAHRER ("Plaintiff" or "Plaintiffs"), by and through their counsel, and hereby STIPULATE and AGREE in accordance with Local Rule 7-2(b) as follows:

1. That the Defendant CARTER shall have until May 28, 2021 to file an Opposition to the Plaintiff's Motion for Partial Summary Adjudication as to Liability Against Defendant Melody Carter.

2. That the Plaintiff shall have until June 11, 2021, to file a Reply to the Defendant CARTER's Opposition.

This stipulation and order in Case No. 2:19-cv-00965-RFB-EJY is sought in good faith and not for the purpose of delay. This is the first request for an extension of time to file an Opposition and Reply.

| Dated this 20th day of May, 2021. | Dated this 20th day of May, 2021. |
|---|---|
| ARIAS SANGUINETTI WANG & TORRIJOS, LLP | KURTH LAW OFFICE |
| */s/ Gregg A. Hubley* <br> GREGG A. HUBLEY, ESQ., NBN 7386 <br> CHRISTOPHER A.J. SWIFT, ESQ. NBN 11291 <br> 7201 W. Lake Mead Boulevard, Suite 570 <br> Las Vegas, Nevada 89128 <br><br> EUGENE FELDMAN, ESQ. (pro hac vice) <br> California Bar No. 118497 <br> ARIAS SANGUINETTI WANG & TORRIJOS <br> 6701 Center Drive West, 14th Floor <br> Los Angeles, CA 90045 <br><br> MARIANNE C. LANUTI, ESQ., NBN 7784 <br> LAW OFFICES OF MARIANNE C. LANUTI <br> 194 Inveraray Court <br> Henderson, Nevada 89074 <br><br> *Attorneys for Plaintiff* | */s/ Robert O. Kurth, Jr.* <br> ROBERT O. KURTH, JR. <br> Nevada Bar No.: 4659 <br> 3420 North Buffalo Drive <br> Las Vegas, Nevada 89129 <br><br> *Attorney for Defendant, Melody Carter* <br><br> **IT IS SO ORDERED:** <br><br> _____ <br> RICHARD F. BOULWARE, II <br> United States District Judge <br> DATED this 24th day of May, 2021. |