UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 8 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: CLARK COUNTY SCHOOL DISTRICT.

———————————————

CLARK COUNTY SCHOOL DISTRICT,

Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS,

Respondent,

J. W.; et al.,

Real Parties in Interest.

No. 22-70252

D.C. No. 2:19-cv-00965-RFB-EJY
District of Nevada,
Las Vegas

ORDER

Before: TASHIMA, S.R. THOMAS, and CLIFTON, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus or prohibition. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

Petitioner's partially opposed motion to file Excerpts of Record Volume XII under seal (Docket Entry No. 2) is granted. The Clerk will maintain under seal the motion to seal and Excerpts of Record Volume XII.

**DENIED.**