MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Tel:   (702) 792-3773
Fax:  (702) 792-9002
Email: ferrariom@gtlaw.com
         hendricksk@gtlaw.com
         welchkirmsew@gtlaw.com

*Attorneys for Defendant*
*Clark County School District*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| J. W., a minor, by and through his Parents JOSHUA and BRITTEN WAHRER,<br><br>                           Plaintiffs,<br><br>     v.<br><br>CLARK COUNTY SCHOOL DISTRICT; MELODY CARTER, individually and in her capacity as Plaintiff's former teacher of record; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                           Defendants. | Case No. 2:19-cv-00965-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED among Plaintiffs, J.W., a minor, by and through his Parents, JOSHUA and BRITTEN WAHRER, by and through their counsel of record ARIAS SANGUINETTI WANG & TORRIJOS, LLP, THE FINKEL GROUP, and LAW OFFICES OF MARIANNE C. LANUTI; and Defendant, CLARK COUNTY SCHOOL DISTRICT, by and through their attorney of record KARA B. HENDRICKS, ESQ. of

GREENBERG TRAURIG, LLP, , that, in accordance with Fed. R. Civ. P. 41(a)(2) and LR 7-1 of the United States District Court, District of Nevada Local Rules, this action and all claims asserted by Plaintiffs against Defendants herein are dismissed with prejudice with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

DATE: September 25, 2025

**GREENBERG TRAURIG, LLP**

*/s/ Kara B. Hendricks*

MARK E. FERRARIO
Nevada Bar No. 01625
KARA B. HENDRICKS
Nevada Bar No 07743
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Defendant,*
*Clark County School District*

DATE: September 25, 2025

**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**

*/s/ Christopher A.J. Swift*

MIKE ARIAS, ESQ.
mike@aswtlawyers.com
GREGG A. HUBLEY, ESQ.
gregg@aswtlawyers.com
EUGENE FELDMAN, ESQ.
eugene@aswtlawyers.com
CHRISTOPHER A.J. SWIFT, ESQ.
christopher@aswtlawyers.com
7201 W. Lake Mead Boulevard, Suite 570
Las Vegas, Nevada 89128

EUGENE FELDMAN, ESQ.
California Bar No. 118497
**THE FINKEL FIRM**
3740 Wilshire Boulevard, Suite 830
Los Angeles, California 90005
gene@finkelfirm.com

MARIANNE C. LANUTI, ESQ.
NVKidsLaw@gmail.com
Nevada Bar No. 07784
**LAW OFFICES OF MARIANNE C. LANUTI**
658 Falcon Summit Court
Henderson, Nevada 89012

*Counsel for Plaintiffs*

**IT IS SO ORDERED.**

**DATED** this 25th day of September, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 25, 2025,** I caused the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

                                                  */s/ Evelyn Escobar-Gaddi*
                                                  An employee of GREENBERG TRAURIG, LLP